pose of prostitution. We think it was reversible error to admit the evidence. Hence the judgment will be reversed and the cause remanded.

*Reversed and remanded.*

---

**The People of the State of Illinois, Defendant in Error, v. Thomas Lyons, Plaintiff in Error.**

**Gen. No. 21,624.     (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed March 28, 1916.

### Statement of the Case.

Prosecution by the People of the State of Illinois against Thomas Lyons, defendant, for larceny of a five dollar treasury note of the United States. From a judgment against him, defendant brings error.

Defendant was charged on information with larceny of "one United States of America Treasury Note of the denomination of five dollars of the value of five dollars." On trial before a jury he was found guilty as charged in the information, on the evidence of the prosecuting witness that the property taken from him was "a five dollar bill," without further evidence specifying its kind or character, or even whether the bill of that denomination was money of the United States or some other country.

LOUIS GREENBERG and THOMAS H. MERCER, for plaintiff in error.

MACLAY HOYNE, for defendant in error; EDWARD E. WILSON, of counsel.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

LARCENY, § 35*—*when evidence insufficient to sustain charge of larceny of U. S. treasury note.* Evidence of prosecuting witness that defendant took "a five dollar bill" from him does not support charge in the information of larceny of "one United States of America Treasury Note of the denomination of five dollars of the value of five dollars"; but there is a failure to prove an essential averment of the declaration.

---

Duane J. Babcock et al., Appellees, v. William C. Regelin et al., Appellants.

Gen. No. 20,890.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. A. D. WEBB, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed March 28, 1916.

### Statement of the Case.

Action on the common counts by Duane J. Babcock and Grace Babcock, his wife, plaintiffs, against William C. Regelin and William Jensen, defendants. From a judgment for $426.50 in favor of plaintiffs, defendants appeal.

T. F. MONAHAN, for appellants.

A. G. DICUS, for appellees.

MR. JUSTICE MCGOORTY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.